**UNITED STATES of America, Appellant, v. Oscar Edvin Ferdinand PERSSON, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
April 4, 1928.

No. 5197.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

Wayne G. Borah, U. S. Atty., and Edmond E. Talbot, Asst. U. S. Atty., both of New Orleans, La.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

FOSTER, Circuit Judge. The questions presented in this case are identical with those involved in the case of United States v. Marco Nicolich, 25 F.(2d) 245, No. 5109 of the docket of this court, decided to-day.

Affirmed.